# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br><br>MARSHALL COLE BUCK ELK<br><br>　　　Defendant. | CR-24-22-GF-BMM<br><br><br>ORDER ADOPTING FINDINGS AND<br>RECOMMENDATIONS |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on September 25, 2025. (Doc. 68.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on September 24, 2025 (Doc. 69.) The United States accused Marshall Cole Buck Elk (Buck Elk) of violating the conditions of his supervised release by: (1) failing to comply with sex offender

treatment on July 16, 2025 and July 28, 2025; (2) using methamphetamine on August 21, 2025; and (3) being terminated from the Residential Re-entry Center in Billings, Montana on August 25, 2025, for failing to maintain employment, sobriety issues and for absconding, with his whereabouts unknown as of September 9, 2025 and (4) testing positive for methamphetamine and marijuana on September 9, 2025. (Docs. 64 and 67.)

At the revocation hearing, Buck Elk admitted to violating the conditions of his supervised release as set forth in allegations 1-4 in the Amended Petition. Judge Johnston found that violations Juneau admitted proves serious and warrants revocation of his supervised release and recommends a term of custody of 4 months with 32 months supervised release to follow.  (Doc. 68.)

The violations proves serious and warrant revocation of Juneau's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's  Findings and Recommendations (Doc. 68) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Calvin Lame Bull Juneau be sentenced for a term of custody of 4 months, with 32 months of supervised release to follow.

DATED this 16th day of October 2025.


Brian Morris, Chief District Judge
United States District Courts